# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH


### NO. 02-14-00088-CR

---

JAMARIO BERNARD PICKETT                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jamario Bernard Pickett attempts to appeal from his conviction for assault on a family or household member with a previous conviction. *See* Tex. Penal Code Ann. § 22.01(b)(2)(A) (West Supp. 2013). The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." On March 10, 2014, we notified Pickett that this appeal was

---

[1]*See* Tex. R. App. P. 47.4.

subject to dismissal unless he or any party desiring to continue the appeal filed a response by March 20, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Accordingly, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 3, 2014